IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUALITOX LABORATORIES, LLC *doing business as* THREE RIVERS DIAGNOSTICS, *Plaintiff*, v. MEDAIR LABS, LLC, *Defendant*. | Civil Action No. 2:23-cv-1188 Hon. William S. Stickman IV |

## ORDER SETTING BRIEFING SCHEDULE

AND NOW, this 23rd day of October 2023, Defendant having filed a Motion to Dismiss Plaintiff's Complaint with Memorandum of Law in Support thereof, ECF Nos. 15 and 16, IT IS HEREBY ORDERED that Plaintiff's response and brief in opposition thereto, not to exceed **twenty** pages, shall be filed by **November 13, 2023**.  Defendant shall file any reply brief, not to exceed **fifteen** pages, by **November 20, 2023**.

If Plaintiff wishes to voluntarily withdraw a claim in response to a motion to dismiss, an amended complaint should be filed of record.

BY THE COURT:

 s/  *William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE